IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JOSEPH DOLE,**

**Plaintiff,**

**v.**                                                              **NO.  04-CV-61-DRH**

**CORRECTIONAL OFFICER CHANDLER,** *et al.***,**

**Defendants.**

### ORDER

**HERNDON, Chief Judge:**

Now before the Court is Plaintiff's motion for extension of time to respond to Defendants' appeal from Magistrate Judge Frazier's October 9, 2007 Order. (Doc. 110.)  The Court, being fully advised in the premises, **GRANTS** Plaintiff's motion (Doc. 110) and **EXTENDS** Plaintiff's time to file a response to Defendants' appeal from Magistrate Judge Frazier's October 9, 2007 Order until November 14, 2007.

**IT IS SO ORDERED**.

Signed this 30th day of October, 2007.

/s/       DavidRHerndon
**Chief Judge**
**United States District Court**

1