IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOSEPH DOLE,

Plaintiff,

v.     NO. 04-CV-61-DRH

CORRECTIONAL OFFICER CHANDLER, *et al.*,

Defendants.

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Plaintiff's motion to dismiss unknown defendants. (Doc. 137) **IT IS ORDERED** that Unknown Yard Officers, Unknown HCU Officers, and Unknown Transport Officers are hereby dismissed without prejudice pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**.

**IT IS SO ORDERED**.

Signed this 2nd day of July, 2008.

/s/   *David R. Herndon*
**Chief Judge
United States District Court**

1