IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOSEPH DOLE, )
)
    Plaintiff, )
)
v. ) CIVIL ACTION NO. 04-61-DRH
)
C/O CHANDLER, et al, )
)
    Defendant. )

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court as a result of a Jury Trial ending on May 7, 2009.

**IT IS ORDERED AND ADJUDGED** that pursuant to the jury verdict of May 7, 2009, as to Count 1 of Plaintiff's Complaint regarding unconstitutional use of force, judgment is entered in favor of the defendants, **JAMES CHANDLER, DENNIS HASEMEYER and BILLY PICKERING** and against plaintiff, **JOSEPH DOLE.**

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the jury verdict of May 7, 2009, as to Count 2 of Plaintiff's Complaint regarding failure to intervene, judgment is entered in favor of defendants, **JAMES CHANDLER, DENNIS HASEMEYER, BILLY PICKERING, ROBERT BIGGS and KYLE HESS** and against plaintiff, **JOSEPH DOLE.**

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to oral motion by plaintiff during the trial, Count 3 of plaintiff's complaint regarding plaintiff's claim for common law intentional tort is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED AND ADJUDGED** that upon plaintiff's oral motion for voluntary dismissal during the trial, defendant **SERGEANT BUTLER** is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated March 26, 2008, judgment is entered in favor of defendants **KELLY RHODES and CHARLES HINSLEY** and against plaintiff, **JOSEPH DOLE.**

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Order of July 2, 2008 dismissing unknown defendants sued herein as Unknown Yard Officers, Unknown HCU Officers and Unknown Transport Officers, the dismissal of these defendants is now with prejudice------------------------------------------

                                          **JUSTINE FLANAGAN, ACTING CLERK**


                                **BY:**       **/s/***Sandy Pannier*
                                                            **Deputy Clerk**

Dated: May 7, 2009


APPROVED: /s/     *David R. Herndon*
                CHIEF JUDGE
                U. S. DISTRICT COURT